UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SONDRA B.,

      Plaintiff,                            Case No. 2:23-cv-3368
  v.                                       JUDGE EDMUND A. SARGUS, JR.
                                          Magistrate Judge Peter B. Silvain, Jr.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

      Defendant.

## ORDER

      This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on July 30, 2024.  (ECF No. 13.)  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Plaintiff's Statement of Errors (ECF No. 9) is **SUSTAINED**. The Commissioner's non-disability finding is **VACATED** and this action is **REMANDED** under Sentence Four of § 405(g) for further proceedings consistent with this decision. The Clerk is directed to enter judgment and close this case.

      **IT IS SO ORDERED.**


**9/11/2024**                                          **s/Edmund A. Sargus, Jr.**
**DATE**                                                **EDMUND A. SARGUS, JR.**
                                                       **UNITED STATES DISTRICT JUDGE**